UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Ray Lynn Dennis,

                  Plaintiff(s),

v.                                                Case No. 2:22−cv−11118−GCS−DRG
                                                Hon. George Caram Steeh

Zuirker, et al.,

                  Defendant(s).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH  45202−3988

and all interested parties, by electronic means or first class U.S. mail, on August 30, 2024.

                                                  KINIKIA D. ESSIX, CLERK OF COURT

                                                  By: s/ Joseph Heacox
                                                        Deputy Clerk

Dated:  August 30, 2024